IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIE BACON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Criminal No. 7:07-CR-8 (HL)
Civil No. 7:12-CV-90130 (HL)

**ORDER**

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 45). The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 38) be dismissed as untimely.

Petitioner has filed objections to the Recommendation. The Court has reviewed the objections, and after careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Petitioner's Motion to Vacate is dismissed. Petitioner's Motion for Certificate of Appealability (Doc. 48) is denied.

**SO ORDERED**, this the 11th day of October, 2012.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh